United States District Court
Southern District of Texas
**ENTERED**
September 19, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| WILLIAM DEAN MORRISON | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | MISCELLANEOUS NO. 7:09-MC-065 |
| | § | |
| BRAD LIVINGSTON, *et al.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has reviewed the magistrate judge's Report and Recommendation regarding Petitioner William Dean Morrison's action pursuant to 28 U.S.C. § 2254. After having reviewed the said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 5 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that Petitioner's Application to Proceed in Forma Pauperis be **DENIED**, that a certificate of appealability should be **DENIED**, and that this miscellaneous action should be **DISMISSED**.

The Clerk shall send a copy of this Order to the Petitioner.

SO ORDERED September 19, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge